# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Nos. 23-1585, 24-1325

UNITED STATES,
*Appellee,*

v.

HAOYANG YU,
*Defendant-Appellant.*

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND APPENDIX

Defendant-Appellant Haoyang Yu requests an extension of time in which to file his opening brief and appendix from June 11, 2024, through and including August 12, 2024.

In support of this motion, undersigned counsel state:

1. This appeal arises from a month-long jury trial after which Mr. Yu was convicted of one count of possessing a stolen trade secret, in violation of 18 U.S.C. § 1832(a)(3). He was acquitted of 19 other counts charging additional trade secret offenses as well as wire fraud, export, and immigration-related crimes.

2. Mr. Yu separately appealed the district court's order of restitution and amended judgment, entered on March 25, 2024.

3. On April 12, 2024, this Court consolidated Mr. Yu's appeal of the conviction and original judgment with his appeal of the restitution order and amended judgment.

4. On May 2, 2024, this Court set a deadline of June 11, 2024, for the filing of Mr. Yu's consolidated opening brief.

5. Undersigned counsel are currently negotiating with counsel for Analog Devices, Inc., the victim to which restitution is owed, in the expectation of reaching a global settlement that would moot Mr. Yu's appeal of the restitution order in addition to resolving a separate civil case that ADI filed against Mr. Yu in Massachusetts state court.

6. It would be in the interests of judicial economy to defer the drafting and filing of Mr. Yu's opening brief in the expectation of substantially narrowing the issues presented on appeal.

Respectfully submitted,

**HAOYANG YU**

By his attorneys,

*/s/ William W. Fick*
Daniel N. Marx (#1150876)
William W. Fick (#82686)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*dmarx@fickmarx.com*
*wfick@fickmarx.com*

Dated: June 11, 2024

**CERTIFICATE OF SERVICE**

I, William, counsel for Defendant-Appellant Haoyang Yu, certify that on June 11, 2024, this document has been filed through the ECF system and will be sent electronically to the counsel for the government, including Donald Lockhart, Jason

Casey, Amanda Beck, and John Capin, as identified on the Notice of Electronic Filing (NEF).

                                            */s/ William W. Fick*
                                            William W. Fick