# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## NOTICE OF APPEARANCE

Case Nos.: 23-1585, 24-1325
Case Name (short): *United States v. Yu*

    The Clerk will enter my appearance as counsel on behalf of the **United States of America** as the:

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervener(s)

Signature: /s/ *Karen Eisenstadt*     Date: December 9, 2024

Name: Karen Eisenstadt
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200,
Boston, Massachusetts 02210

Telephone Number: 617-748-3412
Fax Number: 617-748-3969
Email:
(1) USAMA.ECFAppeals@usdoj.gov
(2) Karen.Eisenstadt@usdoj.gov

Court of Appeals Bar Number: 1187694

Has this case or any related case previously been on appeal?
[ ] No     [✓] Yes     Court of Appeals No.: 23-1585, 24-1325 (consolidated)

---

    Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening. New or additional counsel may enter an appearance outside the 14-day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

    Counsel must complete and return this notice of appearance in order to file pleadings in this court. Counsel not yet admitted to practice before this court must submit an application for admission with the form. 1st Cir. R. 46.0(a)(2).